```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 12-cr-69-PB

**Nazar Lopushansky**

## O R D E R

The defendant has moved through counsel to continue the January 8, 2013 trial in the above case for a period of 30 days, citing the need for additional time to finalize a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from January 8, 2013 to February 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. No further continuances.

SO ORDERED.

                                                    /s/Paul Barbadoro  
                                                    Paul Barbadoro  
                                                    United States District Judge

December 18, 2012  
cc:  Jonathan Saxe, Esq.  
     Robert Kinsella, AUSA  
     United States Marshal  
     United States Probation