IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

           Plaintiff,

v.                                    Case No. 12-CR-69-01-PB

Nazar Lopushansky,

           Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on May 21, 2013, in the above-captioned action, have been satisfied and paid in full.

                                                      JOHN J. FARLEY
                                                      Acting United States Attorney

                                                      By: /s/ Michael T. McCormack
                                                     Michael T. McCormack (No. 16470)
                                                     United States Attorney's Office
                                                     53 Pleasant Street, 4th Floor
                                                     Concord, NH 03301
                                                     (603) 225-1552
                                                     Michael.McCormack2@usdoj.gov

DATED:    April 14, 2021